UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

VICKIE DIANNE BYRD,

        Plaintiff,

        v.

GROVE STREET MANAGEMENT CORP.
and BARBARA MANOR LLC,

        Defendants.

ORDER
16-CV-6017

Currently pending before the Court are pro se plaintiff's motions (1) to expedite a decision and (2) to set a trial date. (Docket ## 22, 25). Plaintiff's motion to expedite a decision (Docket # 22) was filed on November 16, 2016 and asks that Judge Telesca make a decision on plaintiff's summary judgment motion (Docket # 14). Judge Telesca issued a decision denying plaintiff's motion for summary judgment without prejudice on November 11, 2016. Docket # 18. Therefore, this motion is deemed **moot**.

Plaintiff's motion to set a trial date (Docket # 25) is premature and is therefore **denied**. On May 9, 2017, Judge Telesca granted defendants' request for an extension to the current Scheduling Order, giving the parties until May 31, 2017 to file dispositive motions. See Docket # 23.

**SO ORDERED.**

                                              Jonathan W. Feldman
                                              United States Magistrate Judge

Dated: May 30, 2017
       Rochester, New York